UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY ORVIS, KEVIN FOSTER, BERTRAM CALCOTE, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>RENT-A-CENTER, INC., a Delaware Corporation, RENT-A-CENTER WEST, INC., a Delaware corporation,<br><br>    Defendants. | No. CV-05-325-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** comes before the Court pursuant to Plaintiffs' Motion for Entry of Final Judgment and Order of Dismissal with Prejudice. (Ct. Rec. 22). Defendants have joined in Plaintiffs' request. (Ct. Rec. 29).

No class has been certified in this action. Thus, the Court's approval of a settlement and voluntary dismissal is not required in this case. Nonetheless, the parties request the Court review the facts and circumstances of this matter and enter a final judgment of dismissal so the parties' settlement can be promptly finalized.

The Court has considered the Final Judgment and Order of Dismissal with Prejudice entered on April 21, 2006, by the Honorable James C. Lust in *Madrigal et al. v Rent-A-Center, Inc.* (Yakima Superior Court Case No. 03 2 03420 6), and is fully advised.

ORDER OF DISMISSAL - 1

Accordingly,

**IT IS HEREBY ORDERED:**

1. This Order incorporates by reference the findings and orders contained in the Order of Preliminary Approval of Class Action Settlement Pursuant to CR 23 (Ct. Rec. 23, Ex. B) and the Final Judgment and Order of Dismissal with Prejudice (Ct. Rec. 23, Ex. C) which were entered by the Yakima Superior Court in *Madrigal v. Rent-A-Center, Inc.*.

2. Subject to the provisions of the Final Judgment and Order of Dismissal with Prejudice (Ct. Rec. 23, Ex. C), this action is **DISMISSED WITH PREJUDICE.** No party shall recover any costs or attorney fees except as provided in the approved Settlement of Class Action.

3. Plaintiffs' Motion for Entry of Final Judgment and Order of Dismissal with Prejudice (**Ct. Rec. 22**) is **GRANTED**.

4. Defendants' Motion for Joinder (**Ct. Rec. 29**) is **GRANTED**.

5. Plaintiffs' Motion to Expedite Hearing (**Ct. Rec. 25**) is **GRANTED**.

6. Plaintiffs' Motion for Leave to File Excess Pages (**Ct. Rec. 27**) is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, **ENTER JUDGMENT** and **CLOSE THE FILE.**

**DATED** this 28th day of April, 2006.

                s/ Fred Van Sickle
                  Fred Van Sickle
           United States District Judge